1   Cynthia A. LeVasseur, Esq.
    Nevada Bar No. 6718
2   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway
3   Suite 1100
    Las Vegas, NV 89169
4   Telephone (702) 784-5200

5   *Attorneys for Defendants WELLS FARGO HOME MORTGAGE*
    *and WELLS FARGO BANK, N.A.*

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                               DISTRICT OF NEVADA

10

11  ANTHONY BEAVERS and SONYA              CASE NO. 2:08-cv-01660-KJD-LRL
    BEAVERS
12
                    Plaintiff,
13                                         **SUGGESTION OF BANKRUPTCY**
    vs.
14
    WELLS FARGO BANK, N.A.; WELLS
15  FARGO HOME MORTGAGE, INC.;
    NATIONAL DEFAULT SERVICING
16  CORPORATION; and DOES 1-X
    Inclusive,
17
                    Defendants.
18

19          Comes now Defendants Wells Fargo Bank, N.A. and Wells Fargo Home Mortgage, Inc.,

20  by and through counsel, the law firm of Snell & Wilmer L.L.P., and files this Suggestion of

21  Bankruptcy alerting this Court of the fact that this case is stayed pursuant to a Voluntary Petition

22  filed in the United States Bankruptcy Court for the District of Nevada in the bankruptcy of In re:

23  Anthony S. Beavers and Sonya R. Beavers, Case No. 08-17936, filed by Plaintiff on July 19,

24  2008.

25          Pursuant to section 362 of the United States Bankruptcy Code, 11 USC §§ 101, et seq., the

26  filing of the Voluntary Petition stays, among other things, the commencement or continuation of a

27  judicial, administrative, or other action or proceeding by or against the Defendants, that was or

28  could have been commenced before the filing of the petition or any act to obtain possession of or

9562267

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1  exercise control over property of the estate.

2      WHEREFORE the Plaintiff has filed a bankruptcy petition staying any further action in

3  this proceeding.

4  Dated: February 25, 2009          SNELL & WILMER L.L.P.

5

6                          By: _____

7                       Cynthia A. LeVasseur, Esq. (Bar No. 6718)
                     3883 Howard Hughes Parkway, Suite 1100

8                       Las Vegas, NV  89169

9                       *Attorneys for Defendants*
                     *WELLS FARGO HOME MORTGAGE and WELLS*

10                       *FARGO BANK, N.A.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

9562267

- 2 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **SUGGESTION OF BANKRUPTCY** by the method indicated:

| | |
|---|---|
| X | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Overnight Mail |
| _____ | Federal Express |
| _____ | Hand Delivery |

and addressed to the following:

Anthony Beavers
Sonya Beavers
6124 Skokie Court
Las Vegas, NV 89130

*Plaintiffs in Pro Se*

DATED this 25th day of February 2009.

An employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

9562267